IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FELIPE MUNOZ and § | |
| STEPHANIE ESTRADA § | |
| § | |
| VS. § | Civil Action No. 4:17-cv-00766-ALM |
| § | |
| SHAKYRA SANDERS and § | |
| LANDSTAR INWAY, INC. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME ON FOR CONSIDERATION, Plaintiffs **FELIPE MUNOZ and STEPHANIE ESTRADA,** and Defendants **SHAKYRA SANDERS and LANDSTAR INWAY, INC.'S** Stipulation of Dismissal with Prejudice.

After considering said Stipulation, this Court is of the opinion that this Stipulation should be granted in its entirety; and it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that all of the claims against Defendants that were raised or that could have been raised by Plaintiffs in the above-referenced cause, be non-suited and dismissed with prejudice, with all costs of Court taxed against party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

SIGNED this 4th day of January, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE